

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00862-CV

**IN RE** Desiree **TREVINO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Karen Angelini, Justice
                   Rebeca C. Martinez, Justice
                   Luz Elena D. Chapa, Justice

Delivered and Filed:  April 3, 2013

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On December 27, 2012, Relator Desiree Trevino filed a petition for writ of mandamus, complaining of the November 30, 2012 order signed by the Honorable Martha Tanner. On January 3, 2013, this court abated the proceeding to allow the newly elected judge of the 166th Judicial District Court to reconsider Judge Tanner's order. On January 30, 2013, the Honorable Laura Salinas entered an order indicating that reconsideration of the order signed by Judge Tanner was not warranted. However, on March 4, 2013, Judge Salinas issued an order vacating the January 30, 2013 order, and entered an order vacating the November 30, 2012 order signed by Judge Tanner. On March 5, 2013, Relator filed a motion to dismiss the petition for writ of mandamus, asserting the petition is now moot. We agree this proceeding is now moot.

---

[1] This proceeding arises out of Cause No. 2004-EM5-02877, styled *In the Interest of K.M.C.*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding. However, the order complained of was signed by the Honorable Laura Salinas, presiding judge of the 166th Judicial District Court, Bexar County, Texas.

Accordingly, the motion to dismiss is GRANTED and the petition for writ of mandamus is DISMISSED AS MOOT.

PER CURIAM